WILLIAM S. THOMPSON, Respondent, *v.* THE TOWN OF BATH, Appellant.

*Thompson v. Town of Bath*, 142 App. Div. 331, affirmed.
(Argued April 9, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*William H. Nichols* for appellant.

*James O. Sebring* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN JJ.

---

ROBERT J. BUCK et al., as Trustees in Bankruptcy of the SEWALL IRON BOX BOARD COMPANY, Respondents, *v.* THE NEW JERSEY CAR SPRING AND RUBBER COMPANY, Appellant.

*Buck v. New Jersey Car Spring & Rubber Co.*, 142 App. Div. 926, affirmed.
(Submitted April 9, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1911, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover moneys alleged to have been paid by the bankrupt herein within four months prior to its bankruptcy.

*Fred B. Pitcher* for appellant.

*Frederick M. Boyer* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.